B011

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-401 |
| | (26 U.S.C. § 7206(1)) |
| TINA L. BECK | [UNDER SEAL] |

**INDICTMENT**

**COUNT ONE**

FILED
SEP 21 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about April 15, 2016, in the Western District of Pennsylvania, the defendant, TINA L. BECK, did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for the calendar year 2015, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which tax return the defendant, TINA L. BECK, did not believe to be true and correct as to every material matter, in that the return reported on Line 1 of the attached Schedule C, Profit or Loss From Business, "gross receipts" of $285,897 from a sole proprietorship, that is Beck's Refuse Service, which the defendant, TINA L. BECK, as she then and there well knew and believed was false, because the defendant knew that Beck's Refuse Service had substantial additional "gross receipts".

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

The grand jury further charges:

On or about April 15, 2017, in the Western District of Pennsylvania, the defendant, TINA L. BECK, did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for the calendar year 2016, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which tax return the defendant, TINA L. BECK, did not believe to be true and correct as to every material matter, in that the return reported on Line 1 of the attached Schedule C, Profit or Loss From Business, "gross receipts" of $269,776 from a sole proprietorship, that is Beck's Refuse Service, which the defendant, TINA L. BECK, as she then and there well knew and believed was false, because the defendant knew that Beck's Refuse Service had substantial additional "gross receipts".

In violation of Title 26, United States Code, Section 7206(1).

## **COUNT THREE**

The grand jury further charges:

On or about April 15, 2018, in the Western District of Pennsylvania, the defendant, TINA L. BECK, did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for the calendar year 2017, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which tax return the defendant, TINA L. BECK, did not believe to be true and correct as to every material matter, in that the return reported on Line 1 of the attached Schedule C, Profit or Loss From Business, "gross receipts" of $263,760 from a sole proprietorship, that is Beck's Refuse Service, which the defendant, TINA L. BECK, as she then and there well knew and believed was false, because the defendant knew that Beck's Refuse Service had substantial additional "gross receipts".

In violation of Title 26, United States Code, Section 7206(1).

## **COUNT FOUR**

The grand jury further charges:

On or about April 15, 2019, in the Western District of Pennsylvania, the defendant, TINA L. BECK, did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for the calendar year 2018, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which tax return the defendant, TINA L. BECK, did not believe to be true and correct as to every material matter, in that the return reported on Line 1 of the attached Schedule C, Profit or Loss From Business, "gross receipts" of $281,602 from a sole proprietorship, that is Beck's Refuse Service, which the defendant, TINA L. BECK, as she then and there well knew and believed was false, because the defendant knew that Beck's Refuse Service had substantial additional "gross receipts".

In violation of Title 26, United States Code, Section 7206(1).

A True Bill

_____
FOREPERSON

_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108